AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No. 21-MJ-6306-AOV |
| TIFANI DI KING, | ) |
| | ) |
| | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __April 2, 2020__ in the county of __Broward__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 111(a)(1) | Simple Assault on a Federal Officer |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Marilyn M. Rios, Criminal Investigator, Vet. Affairs
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Civ. P. 4.1 via FaceTime.

Date: 05/11/2021

_____
*Judge's signature*

City and state: Fort Lauderdale, Florida

United States Magistrate Judge Alicia O. Valle
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, MARILYN M. RIOS, being duly sworn, attest and affirm the following:

1. I am a Criminal Investigator with the Department of Veterans Affairs since December 08, 2019. As a Criminal Investigator, I am responsible for conducting criminal investigations of statutes contained in Title 18 of the United States Code, that occur at the Miami VA Healthcare System Hospital in Broward County, Florida (the "VA Hospital"), including crimes related to assault on a federal officer. Because of my training and experience, I am familiar with the tactics, methods, and techniques of committing various types violations of federal law.

2. The information in this Affidavit is based upon my personal knowledge and information learned from other law enforcement agents, investigators, witnesses, and documents. This Affidavit is submitted for the limited purpose of establishing probable cause in support of the criminal complaint charging TIFANI DI KING ("KING") with simple assault on a federal officer in violation of Title 18, United States Code, Section 111(a)(1). The facts set forth herein do not constitute all the facts known to law enforcement officers regarding this matter.

## PROBABLE CAUSE

3. On March 13, 2020, the President of the United States declared the novel coronavirus, COVID-19, a National Emergency. According to the Center for Disease Control and Prevention, COVID-19 is primarily transmitted from person-to-person through respiratory droplets and is very contagious. These droplets are released when someone with COVID-19 sneezes, coughs, or talks. Infectious droplets can land in the mouth or noses of people who are nearby or inhaled into the lungs.

While most cases of COVID-19 are mild, the infections can also lead to respiratory failure, septic shock, multiple organ dysfunction or failure, and death.

4. On April 2, 2020, during the National Emergency, a Veterans Affairs Officer, "J.C.," observed KING standing outside the main entrance to the VA Hospital yelling obscenities into her cellular phone and demanding to speak with her doctor about her medications. The VA Hospital was closed to walk-ins due to the ongoing pandemic but it was servicing veterans by allowing them to pick up medications outside.

5. J.C. approached KING while KING kept screaming obscenities and then KING intentionally coughed toward J.C. multiple times and spit to her side while also yelling that she was going to get everyone sick with the Corona Virus if she did not get her medication. J.C. was originally wearing a protective mask but briefly removed the mask to better communicate with KING while trying to calm her down. KING again intentionally coughed toward J.C.

6. A VA Hospital pharmacy technician, C.D.R., exited the VA Hospital to deliver medication to KING and he observed KING coughing at J.C. and toward C.D.R. while yelling, "You have COVID now."

7. Once C.D.R. gave KING her medication, KING walked away against J.C.'s orders to remain on scene for citation. During her flight, KING again coughed toward J.C. and made a wafting gesture with both hands. She then entered her car and sped out of the parking lot, jumping a curb in the process.

8. Another witness, R.A., observed KING screaming obscenities, coughing, and spitting, with KING saying, "I'll give you that shit."

9. KING's coughing, spitting, and threatening to give J.C. and others COVID-19 caused J.C. to fear that he was exposed to the deadly virus.

10. Based on the foregoing facts, your Affiant submits that probable cause exists to believe that KING did forcibly assault, resist, oppose, impede, intimidate, and interfere with J.C., an officer and employee of the United States and of an agency in a branch of the United States Government designated in Title 18, United States Code, Section 1114, that is, an employee of the Department of Veterans Affairs, while J.C. was engaged in and on account of the performance of his/her official duties, and in the commission of the offense, did commit simple assault, in violation of Title 18, United States Code, Section 111(a)(1)

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
MARILYN M. RIOS, CRIMINAL INVESTIGATOR
DEPARTMENT OF VETERANS AFFAIRS

Attested to by the applicant in accordance
with the requirements of Fed. R. Crim. P. 4.1
via FaceTime this 11th day of May 2021.

_____
HONORABLE ALICIA O. VALLE
UNITED STATES MAGISTRATE JUDGE

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.** 21-MJ-6306-AOV

UNITED STATES OF AMERICA,

v.

TIFANI DI KING,

    Defendant.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)?  No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)? No

3. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?  No

                                          Respectfully submitted,
                                          JUAN ANTONIO GONZALEZ
                                          ACTING UNITED STATES ATTORNEY

BY:    *Trevor Jones*
         Trevor C. Jones
         Assistant United States Attorney
         FLA Bar No.    0092793
         500 East Broward Boulevard, Seventh Floor
         Fort Lauderdale, Florida 33301
         Tel: 786-564-9109
         Email: Trevor.Jones@usdoj.gov